Case Name:  ANDERSON, TIMOTHY J.
            ANDERSON, JANET S.
Case No:    07-72490

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/28/08                         WILLIAM T. NEARY
                                       United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee