IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ANDERSON, TIMOTHY J
ANDERSON, JANET S

CASE NO. 07-72490 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-6819; XXX-XX-1784

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

   on:   April 2, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,350.47 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,034.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                   $    6,004.70

   b. Disbursements                              $        0.00

   c. Net Cash Available for Distribution        $    6,004.70

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,620.23, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $76,656.37, resulting in an approximate distribution of 4.72% to unsecured creditors.

6.     The debtor has been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:     February 19, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2490   Doc 30   Filed 02/29/08   Entered 03/02/08 23:40:36   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1                Date Rcvd: Feb 29, 2008
Case: 07-72490                 Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Mar 02, 2008.
db          +Timothy J Anderson,   6610 Hartwig Dr,   Cherry Valley, IL 61016-9110
jdb         +Janet S Anderson,   6610 Hartwig Dr,   Cherry Valley, IL 61016-9110
aty         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11678204     American Express,   Customer Service,   PO Box 981535,   El Paso, TX 79998-1535
11728984     American Express Centurion Bank,   POB 3001,   Malvern PA 19355-0701
11678205     Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
11678206     Capital One Bank,   Bankruptcy Department,   PO Box 85667,   Richmond, VA 23285-5667
11816428    +Chase Bank USA,   c/o Weinstein and Riley, PS,   2001 Western Ave, Ste 400,
              Seattle, WA 98121-3132
11678207     Chase Bank USA,NA,   PO Box 15298,   Wilmington, DE 19850-5298
11678208    +Chase Home Equity Loan Servicing,   PO Box 24714,   Columbus, OH 43224-0714
11678209    +Citi Cards,   PO Box 6000,   The Lakes, NV 89163-0001
11678210     Countrywide Home Loans,   Customer Service SVC-314,   PO Box 5170,   Simi Valley, CA 93062-5170
11678211     Dennis A. Brebner & Associates,   860 Northpoint Blvd.,   Waukegan, IL 60085-8211
11678213     IC System, Inc.,   PO Box 64437,   Saint Paul, MN 55164-0437
11678214    +Michael D. Fine,   Chase Bank USA, NA,   131 S. Dearborn St. - 5th Floor,
              Chicago, IL 60603-5517
11678215    +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
11768288    +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11877010    +Sallie Mae,   c/o Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
11678216    +Sallie Mae Servicing,   PO Box 9500,   Wilkes Barre, PA 18773-9500
11678217     Sam's Club,   PO Box 981064,   El Paso, TX 79998-1064
11678218     Sears Credit Cards,   PO Box 6922,   The Lakes, NV 88901-6922
11678219    +Swedish American Medical Group,   2550 Charles Street,   PO Box 1567,   Rockford, IL 61110-0067

The following entities were served by electronic transmission on Mar 01, 2008.
11945038    +E-mail/PDF: recoverybankruptcy@afninet.com Mar 01 2008 03:07:33      AFNI/Verizon,
              404 Brock Drive,   Bloomington IL 61701-2654
11678212     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2008 03:08:20      Discover,   PO Box 30943,
              Salt Lake City, UT 84130-0943
11772344     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2008 03:08:20
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11822881     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11678220     E-mail/PDF: BankruptcyEBN@afninet.com Mar 01 2008 03:07:32      Verizon North,   PO Box 920041,
              Dallas, TX 75392-0041
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2008**                              **Signature:**   *Joseph Speetjens*